**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LAURA LUCKADUE**                                                                    **PLAINTIFF**

**V.**                                    **No. 4:23-CV-00770-BRW**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                    **DEFENDANT**

**ORDER**

I have received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making *a de novo* review of the record, I approve and adopt the Recommendation in its entirety.

Accordingly, the Commissioner's decision is AFFIRMED, and judgment will be entered for the Commissioner.

IT IS SO ORDERED this 26th day of September, 2024.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE